**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

          -against-

DE LA PUERTA RODRIGUEZ et al.,

                             Defendants.

------------------------------------- x

ORDER

S3 18 Crim. 782 (GBD)

GEORGE B. DANIELS, United States District Judge:

    An initial pretrial conference is scheduled for October 20, 2020 at 10:00 a.m.

Dated: New York, New York
       September 16, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge