**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

UNITED STATES OF AMERICA,

        -against-

KARLOS ALBERTO DE LA PUERTA
RODRIGUEZ, EDUARDO COCA BRISENO,
RAMON DE LA PUERTA RODRIGUEZ, MARIA
TERESA CARBAJAL SESMA, SANDRA MARIA
DE OLIVEIRA LINDO,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

ORDER

18 Cr. 782-1 (GBD)
18 Cr. 782-2 (GBD)
18 Cr. 782-4 (GBD)
18 Cr. 782-6 (GBD)
18 Cr. 782-7 (GBD)

GEORGE B. DANIELS, United States District Judge:

The initial appearance currently scheduled for October 20, 2020 at 10:00 a.m. is adjourned

to December 8, 2020 at 10:00 a.m. Time is excluded in the interest of justice pursuant to the

Speedy Trial Act, 18 U.S.C. § 3161(h)(7), until that time.

Dated: New York, New York
       October 19, 2020

SO ORDERED.

*George B Daniels*

GEORGE B. DANIELS
United States District Judge