**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                                      :

           -against-                                      :        ORDER

KARLOS ALBERTO DE LA PUERTA                    :     18 Cr. 782-1 (GBD)
RODRIGUEZ,                                                     :

           Defendant.                                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

The initial appearance currently scheduled for December 8, 2020 at 10:00 a.m. is hereby

cancelled.


Dated: New York, New York
       December 2, 2020

                            SO ORDERED.

                            GEORGE B. DANIELS
                            United States District Judge