**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

          -against-

KARLOS ALBERTO DE LA PUERTA
RODRIGUEZ,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 2 2021

ORDER

18 Cr. 782-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Defendant's application for a modification of his bail conditions to impose a curfew in place of home confinement is GRANTED. Curfew is set between the hours of 8:00 p.m. and 7:00 a.m. The U.S. Probation Office, upon a showing of good reason to do so, may modify the hours of curfew at its discretion. All other bail conditions shall remain.

Dated: New York, New York
      September 2, 2021

                    SO ORDERED.

                    *George B. Daniels*
                    GEORGE B. DANIELS
                    UNITED STATES DISTRICT JUDGE