UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,

    -against-

KARLOS ALBERTO DE LA PUERTA RODRIGUEZ,

    Defendant.

------------------------------------ x

ORDER

18 Cr. 782 (GBD)

DEC 0 2 2021

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled for December 7, 2021 is adjourned to February 1, 2022 10:30am. Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), until that time.

Dated: New York, New York
      December 2, 2021

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge