UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

UNITED STATES OF AMERICA,

    -against-

KARLOS ALBERTO DE LA PUERTA RODRIGUEZ,

    Defendant.

------------------------------------ x

ORDER

18 Cr. 782-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled for February 1, 2022 is adjourned to April 5, 2022 at 10:00am. Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), until that time.

Dated: New York, New York
      January 31, 2022

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge