UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

DE LA PUERTA RODRIGUEZ,

------------------------------------- x

ORDER

18 Cr. 782-1 (GBD)
18 Cr. 782-2 (GBD)
18 Cr. 782-3 (GBD)
18 Cr. 782-4 (GBD)
18 Cr. 782-5 (GBD)
18 Cr. 782-6 (GBD)
18 Cr. 782-7 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: FEB 1 6 2022

GEORGE B. DANIELS, United States District Judge:

The Clerk of Court is directed to close the letter motion at ECF No. 84.

Dated: New York, New York
      February 16, 2022

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge