UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

KARLOS ALBERTO DE LA PUERTA RODRIGUEZ,

                    Defendant.

------------------------------------- x

ORDER

18 Cr. 00782 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of Court is directed to close the open motion at ECF No. 102 as having been resolved by this Court's order at ECF No. 120.

Dated: October 17, 2022
       New York, New York

SO ORDERED.

GEORGE B. DANIELS
United States District Judge