UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,

-against-

KARLOS ALBERTO DE LA PUERTA RODRIGUEZ,

Defendant.

------------------------------------ x

ORDER

18 Crim. 782-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's letter application for a modification of his bail conditions (ECF No. 168) is GRANTED IN PART and DENIED IN PART. Defendant's request to modify the no-contact condition with his brother, co-defendant Ramon De La Puerta Rodriguez, is GRANTED. The Defendant is permitted to have contact with Mr. De La Puerta Rodriguez, so long as they do not discuss the case. Defendant's request to modify his curfew is GRANTED to the extent that curfew is set between the hours of 12:00 a.m. and 7:00 a.m. Defendant's request to remove his location monitoring bracelet is DENIED.

The Clerk of Court is ordered to close ECF No. 168 accordingly.

Dated: New York, New York
October 24, 2022

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge