UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA,

    -against-

KARLOS ALBERTO DE LA PUERTA RODRIGUEZ,

                          Defendant.

------------------------------------ x

ORDER

18 Cr. 782-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Defendant's letter motion for an adjournment of the sentencing scheduled for January 10, 2023 is GRANTED. The sentencing is rescheduled to May 2, 2023, at 10:00 a.m. The Clerk of Court is directed to close ECF No. 177 accordingly.

Dated: December 1, 2022
       New York, New York

                                         SO ORDERED.

                                         GEORGE B. DANIELS
                                         UNITED STATES DISTRICT JUDGE