UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

KARLOS ALBERTO DE LA PUERTA RODRIGUEZ,

                            Defendant.

------------------------------------- x

ORDER

18 Cr. 782 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Defendant's letter motion for an adjournment of sentencing currently scheduled for May 2, 2023 is GRANTED. Sentencing is hereby adjourned to July 27, 2023 at 10:00 a.m.

The Clerk of Court is directed to close the open motion at ECF No. 203 accordingly.

Dated: April 3, 2023
      New York, New York

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge