UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA,

    -against-

KARLOS ALBERTO DE LA PUERTA RODRIGUEZ,

                             Defendant.

------------------------------------ x

ORDER

18 Cr. 782-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Defendant's letter motion for an adjournment of the sentencing scheduled for September 6, 2023 is GRANTED. Sentencing is adjourned to September 28, 2023, at 10:30 a.m.

    The Clerk of Court is directed to close the open motion at ECF No. 225 accordingly.

Dated: August 25, 2023
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge