ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Tel: (212) 571-5500
Fax: (212) 571-5507

Rachel Perillo

September 26, 2023

**By ECF**
Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 1007

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: SEP 26 2023

Re: United States v. Karlos Alberto De La Puerta Rodriguez
18 Cr. 782 (GBD)

Dear Judge Daniels:

I represent Karlos Alberto De La Puerta Rodriguez in the above-named matter, having been appointed pursuant to the Criminal Justice Act. Mr. De La Puerta is on pretrial release and under courtesy supervision in the Southern District of California, where he resides. He is scheduled to be sentenced on September 28, 2023 at 10:30 a.m.

Without objection from the government, by AUSA Kyle Wirshba, and Pretrial Services Officer Ashley Cosme, it is respectfully requested that Mr. De La Puerta be permitted to travel from California to New York on September 27, 2023, the day before his sentencing, and be permitted to spend the night in a hotel in Brooklyn, New York. If this application is granted, Mr. De La Puerta will provide Pretrial Services with his travel itinerary and hotel information.

Additionally, it is respectfully requested that the Court order the United States Marshals to furnish funds for Mr. De La Puerta's travel from California to New York as well as his hotel stay. At sentencing, counsel intends to make an application for voluntary surrender, and in the event that the Court grants that application, it is respectfully requested that the United States Marshals provide funds for Mr. De La Puerta's return flight to California on September 28, 2023.

If the Court has any questions regarding this application, please do not hesitate to contact me.

Respectfully submitted,
/s/
David Stern