# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Tel: (212) 571-5500
Fax: (212) 571-5507

Rachel Perillo

January 11, 2024

**By ECF**
Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED**

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

JAN 12 2024

Re:   United States v. Karlos Alberto De La Puerta Rodriguez
      18 Cr. 782 (GBD)

Dear Judge Daniels:

I represent Mr. De La Puerta Rodriguez in the above-named matter. Mr. De La Puerta was sentenced on September 28, 2023 to imprisonment of one year and one day. He is currently released on bond and residing in California under the supervision of Pretrial Services, with travel limited to the Southern and Central Districts of California. Mr. De La Puerta is scheduled to surrender to custody at FCI Allenwood prison in Allenwood, Pennsylvania by Monday, January 15, 2024. This letter is respectfully submitted without objection from Pretrial Services and the government, by AUSA Kyle Wirshba, to respectfully request a modification of Mr. De La Puerta's travel restrictions to permit him to travel to Pennsylvania for purposes of surrendering to custody.

If the Court has any questions regarding this application, please do not hesitate to contact me.

Respectfully submitted,
/s/
David Stern

cc:   Kyle Wirshba
      *Assistant United States Attorney*
      (By ECF)