ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern
───────────
Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

**SO ORDERED:**

*George B. Daniels*
George B. Daniels, U.S.D.J.

**Dated: FEB 0 6 2024**

February 5, 2024

Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: United States v. Karlos Alberto De La Puerta Rodriguez
           18 Cr. 782 (GBD)

Dear Judge Daniels:

    I represented Mr. Karlos Alberto De La Puerta Rodriguez in the above referenced matter. An associate of my firm, Rachel Perillo expended a total of 26.8 hours, nunc pro tunc to April 12, 2022, assisting me in this matter. Much of that time involved communication with the client and pretrial, email correspondence, and work on the sentencing memorandum.

    Therefore, it is respectfully requested that your Honor approve payment at an hourly rate of $125.00 for associate time spent representing Mr. De La Puerta Rodriguez in this matter. Thank you very much.

                                        Sincerely,

                                        *David Stern*

                                        David Stern

DS/sc